## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **TRACI DIANA JULIN, on behalf of herself and all others similarly situated,** | **CASE NO.:  2:19-cv-13446 – CCC -SCM** |
| **Plaintiff** | |
| **v.** | |
| **QUEST DIAGNOSTICS INCORPORATED, OPTUM360, LLC and AMERICAN MEDICAL COLLECTION AGENCY, INC.** | |
| **Defendants.** | |

## <u>CERTIFICATE OF SERVICE</u>

1.      I, James A. Barry, an attorney at the Locks Law Firm, LLC, represent Plaintiff Traci

Diana Julin in the above referenced matter.

2.      On June 24, 2019, I sent a copy of the Notice of Voluntary Dismissal Withour Prejudice

as to Defendant American Medical Collection Agency, Inc. Only to the parties listed in

the chart below.

3.      I hereby certify under penalty of perjury that the above documents were sent using the

mode of service indicated.

DATE: <u>June 24, 2019</u>

/s/ James A. Barry
James A. Barry
jbarry@lockslaw.com
Locks Law Firm, LLC
801 North Kings Highway
Cherry Hill, NJ 08034
Telephone: (856) 663-8200
Fascimile: (856) 661-8400

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| American Medical Collection Agency, Inc. | Defendant | __ Hand Delivered<br><br>X Regular Mail<br><br>X Certified mail/RR<br><br>__ Other E-Mail |
| David H. Hoffman, Esq.<br>Sidley Austin, LLP<br>One South Dearborn<br>Chicago, IL 60603<br>David.hoffman@sidley.com | Attorney for Defendant Quest Diagnostics Incorporated | __ Hand Delivered<br><br>X Regular Mail<br><br>__ Certified mail/RR<br><br>X Other E-Mail |
| Kristine M. Brown, Esq.<br>Alston & Bird<br>One Atlantic Center<br>1201 West Peachtree St.<br>Suite 4900<br>Atlanta, GA 30309-3424<br>Kristy.brown@alston.com | Attorney for Defendant Optum360, LLC | __ Hand Delivered<br><br>X Regular Mail<br><br>__ Certified mail/RR<br><br>X Other E-Mail |